IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | CASE NUMBER 08:08CV336 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and SECRETARY MICHAEL CHERTOFF, In His Official Capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to withdraw its motion for a preliminary injunction or temporary restraining order filed on August 7, 2008 is granted, without prejudice.  The temporary restraining order entered by the Court on August 7, 2008 (Filing #12) is lifted and of no further force and effect.  The evidentiary hearing scheduled for August 18, 2008, at 8:30 a.m., is canceled.

DATED THIS 15th day of August, 2008.

BY THE COURT:


**s/ Joseph F. Bataillon**
Chief U.S. District Judge