IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Consent Motion to Stay Proceedings (Filing No. 23). The defendants seek a stay of this case, including their obligation to file a response to the plaintiff's complaint. The defendants state the parties intend to engage in settlement negotiations in the near future. Therefore, the defendants seek a stay until either party notifies the court the stay would no longer be fruitful. Additionally, the defendants seek leave to file a response to the complaint thirty days subsequent to any order lifting the stay. The defendants state the plaintiff does not oppose their motion. The court finds a brief stay pending settlement negotiations is warranted. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The defendants' Consent Motion to Stay Proceedings (Filing No. 23) is granted.

2. The case shall be stayed until further order of this court.

3. Counsel shall file a joint status report concerning the status of this case on **November 19, 2008, and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 15th day of October, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge