IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Status Report (Filing No. 30). This matter has been stayed since October 15, 2008, to allow the parties an opportunity to engage in settlement discussions. The plaintiff now indicates it is possible the parties will continue to discuss settlement, however a stay is no longer necessary. Additionally, the plaintiff states the parties have agreed to allow the defendants until March 20, 2009, to file a response to the plaintiff's complaint. Accordingly,

**IT IS ORDERED:**

1. The case stay is lifted.

2. The defendants shall have until **March 20, 2009**, to file a response to the plaintiff's complaint.

3. The parties shall have until **March 31, 2009**, to file a planning report as required by Fed. R. Civ. P. 26(f).

Dated this 18th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge