# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** and **JANET A. NAPOLITANO,**[1] in her official capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants Motion to Stay Discovery and Rule 26 Requirements (Filing No. 37) and amended Motion to Stay Discovery and Rule 26 Requirements (Filing No. 40). The defendants filed briefs (Filing Nos. 38 and 41) in support of their motions. The defendants seek a stay of discovery and the "Meet and Confer" and report requirements of Fed. R. Civ. P. 26(f), pending resolution of the defendants' Motion to Dismiss (Filing No. 34).[2] The plaintiff did not file any opposition to the defendants' motion. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion to Stay Discovery and Rule 26 Requirements (Filing No. 37) is denied as moot.

2. The defendants' amended Motion to Stay Discovery and Rule 26 Requirements (Filing No. 40) is granted.

3. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 34), in which to file a planning report with the court pursuant to Fed. R. Civ. P. 26(f), if necessary.

DATED this 14th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Janet A. Napolitano, is automatically substituted for Michael Chertoff as the Secretary of Department of Homeland Security.

[2] In the alternative, the defendants seek to defer the meet and confer requirements until sometime after the planning report had been filed, however Rule 26(f) requires the parties to "meet and confer" **prior** to filing the planning report. Such conference between the parties provides the basis for the planning report.