IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NUMBER 08:08CV336 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and SECRETARY JANET NAPOLITANO, In Her Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER CAME BEFORE THE COURT on Plaintiff's Unopposed Motion for Extension of Time (Filing No. 49). The Plaintiff requests additional time up to and including , December 4, 2009 to reply to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) and (6) (Filing No. 34). The Defendants do not oppose the Motion.

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Extension of Time (Filing No. 49) is granted; and

2. The Plaintiff shall reply to the Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(1) and (6) (Filing No. 34) on or before December 4, 2009.

DATED THIS 25th day of August, 2009.

BY: _____
The Honorable Joseph F. Bataillon

461210