IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NUMBER 08:08CV336 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and SECRETARY JANET NAPOLITANO, In Her Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER CAME BEFORE THE COURT on Plaintiff's Motion for Leave to Submit Amended Brief in Opposition to Defendants' Motion to Dismiss for purposes of correcting citation errors. The Defendants do not oppose the Motion. The Court being fully advised in the premises finds that said motion should be granted.

IT IS ORDERED that the Plaintiff is granted two days to submit an Amended Brief in Opposition to Motion to Dismiss.

DATED THIS 19th day of April, 2010.

BY THE COURT:

BY:   **s/ Joseph F. Bataillon**
Chief United States District Judge