IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | 8:08CV336 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and SECRETARY JANET NAPOLITANO, In Her Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

Upon consideration of defendants' consent motion for an extension of time (filing No. 68) and all other pertinent papers, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that defendants shall file their reply in support of their motion to suspend briefing upon plaintiff's motion for summary judgment on or before April 28, 2010.

DATED THIS 20th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge