IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) | 8:08CV336 |
| | ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and JANET A. NAPOLITANO, in her official capacity, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on defendants' motion for reconsideration of the court's order denying their motion to dismiss or transfer, Filing No. 92. The court has reviewed the parties' respective positions and finds the motion should be denied.

IT IS ORDERED that the Defendants' motion for reconsideration (Filing No. 92) is denied.

DATED this 27th day of July, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.