IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | 8:08CV336 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY and SECRETARY JANET NAPOLITANO, In Her Official Capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER CAME BEFORE THE COURT on Defendants' Motion for a 14-day Extension of Time to File Their Response to Plaintiff's Motion for Summary Judgment. Plaintiff does not oppose defendants' motion. The Court being fully advised in the premises finds that said motion should be granted.

IT IS ORDERED:

1. Defendants are granted an extension of 14-days, to and including September 24, 2010, within which to file their Response to Plaintiff's Motion for Summary Judgment.

2. Plaintiff shall file its reply to defendants' response within 14 days after the response is served.

DATED this 2nd day of September, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge