IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) | CASE NUMBER 08:08CV336 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY and ) | |
| SECRETARY JANET NAPOLITANO, ) | |
| In Her Official Capacity, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER IS BEFORE THE COURT on Plaintiff's Unopposed Motion to Extend Brief Deadline (Filing 122). The Court being fully advised in the premises finds that said motion should be granted.

IT IS ORDERED that Union Pacific is granted until October 18, 2010, to submit a reply brief in support of its Motion for Summary Judgment (Filing 56).

DATED THIS 6th day of October, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge