


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV336 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV430 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV444 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the court's December 2, 2010, order requiring the parties to show cause why ***United States of America v. Union Pacific Railroad Company***, 8:10CV444 should not be consolidated with ***Union Pacific Railroad Company v. United States Department of Homeland Security, et al.,*** 8:08CV336 and ***United States of America v. Union Pacific Railroad Company,*** 8:10CV430 for all purposes. No

other party responded to the order. The court has reviewed the filings in these cases and it appears the cases may be consolidated, pursuant to Fed. R. Civ. P. 42(a), as the cases arise out of the same set of facts and are subject to the same legal standards. **See** *EEOC v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998). Upon consideration,

**IT IS ORDERED:**

1. *United States of America v. Union Pacific Railroad Company*, 8:10CV444, is hereby consolidated for all purposes with *Union Pacific Railroad Company v. United States Department of Homeland Security, et al.,* 8:08CV336 and *United States of America v. Union Pacific Railroad Company,* 8:10CV430.

2. Counsel shall conduct discovery as if these consolidated cases are part of a single case. All future filings shall contain the consolidated case caption, which appears on this order, and shall be served on counsel in all cases as described below.

3. Case No. 8:08CV336 was previously designated as the "Lead Case." Case No. 8:10CV444 is hereby designated as a "Member Case," along with Case No. 8:10CV430.

4. The court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, the parties are instructed to file all further documents (except those described in paragraph 5) in the Lead Case, No. 8:08CV336, and to select the option "yes" in response to the System's question whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

6. If a party believes that an item in addition to those described in paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

7. The Order for Initial Progression of Case filed on July 26, 2010, is the operable progression order governing this consolidated matter. **See** Filing No. 98 in case 8:08CV336.

DATED this 14th day of December, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge